UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>Plaintiff,<br><br>v.<br><br>C. WOOD, et al.,<br><br>Defendants. | Case No. 19-cv-03806-SI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 1 |

James Carl Kelly filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred primarily at the California State Prison – Los Angeles County. Los Angeles County is within the venue of the Central District of California. All but one of the defendants work at that prison in Los Angeles County and apparently reside in the Central District of California. The last defendant allegedly examined Plaintiff more than fifteen years ago at the California Medical Facility - Vacaville in Solano County, which is located within the venue of the Eastern District of California; that defendant apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Central District or the Eastern District, but not in the Northern District of California. *See* 28 U.S.C. § 1391(b). Given that the vast majority of the events and omissions occurred at a prison within the venue of the Central District of California and all but one defendant appears to reside in that district, the court chooses to transfer the action to that district rather than the Eastern District of California. Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The

receiving court will address the several motions filed by plaintiff. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: July 18, 2019

_____
SUSAN ILLSTON
United States District Judge